**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
Shannon J. Leap, Esq. (SBN 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

JOHN D. HIGGINBOTHAM, Bar No. 204179
NEIL D. OKAZAKI, Bar No. 201367
DEAN DERLETH, City Attorney
CITY ATTORNEY'S OFFICE
CITY OF CORONA
400 S. Vicentia Ave.
Corona, California 92882
Telephone: (951) 279-3506
john.higginbotham@coronaca.gov
neil.okazaki@coronaca.gov

*Attorneys for Defendants*
CITY OF CORONA, KYLE NABI,
and MATTHEW LAUGHLIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILA LIMON-MENDOZA, DANIEL VITAL, and SONIA ANGUIANO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CORONA, KYLE NABI, MATTHEW LAUGHLIN, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-00134-JGB-SP<br><br>[*Honorable Jesus G. Bernal*]<br><br>**JOINT REPORT RE. SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>**Pretrial Conference**<br>December 23, 2024 @11:00 a.m.<br>**Jury Trial** a.m.<br>January 7, 2024 @8:30 a.m.<br>Ctrm: 3<br>3470 Twelfth Street<br>Riverside, California 92501 |

Pursuant to this Court's January 31, 2024, Order (Doc. 20), the parties submit the following post-mediation report, by and through their respective counsel of record.

WHEREAS, on April 22, 2024, the parties engaged in mediation with mediator Richard Copeland.

WHEREAS, upon receiving a mediator's proposal, the parties reach an agreement on a specific number for settlement of this entire action.

WHEREAS, the parties expect that the settlement will be fully consummated within the following 60 days. The parties will file a dismissal of this action within ten days of Plaintiff's receipt of the settlement proceeds.

NOW and THEREFORE, the parties believe it is in the best interest of the case, and of judicial economy, and the parties hereby stipulate to vacate all dates and deadlines and respectfully request that the Court retain jurisdiction over this matter until the settlement is fully consummated. The parties further request that the Court order the parties to dismiss this action with prejudice once the settlement is consummated or provide a status report re. settlement on or before June 25, 2024.

**Respectfully submitted,**

DATED:  April 24, 2024         **LAW OFFICES OF DALE K. GALIPO**

/s/     Shannon J. Leap
Dale K. Galipo, Esp.
Marcel F. Sincich, Esq.
Shannon Leap, Esq.[1]
*Attorneys for Plaintiffs*

DATED: April 24, 2024          **CITY ATTORNEY'S OFFICE**

By: /s/ John. D. Higginbotham
JOHN D. HIGGINBOTHAM
NEIL D. OKAZAKI
*Attorneys for Defendants*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.