**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq. (SBN 319508)
*msincich@galipolaw.com*
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

JOHN D. HIGGINBOTHAM, Bar No. 204179
NEIL D. OKAZAKI, Bar No. 201367
DEAN DERLETH, City Attorney
CITY ATTORNEY'S OFFICE
CITY OF CORONA
400 S. Vicentia Ave.
Corona, California 92882
Telephone: (951) 279-3506
john.higginbotham@coronaca.gov
neil.okazaki@coronaca.gov

*Attorneys for Defendants*
CITY OF CORONA, KYLE NABI,
and MATTHEW LAUGHLIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILA LIMON-MENDOZA, DANIEL VITAL, and SONIA ANGUIANO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CORONA, KYLE NABI, MATTHEW LAUGHLIN, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-00134-JGB-SP<br><br>[*Honorable Jesus G. Bernal*]<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to this Court's Order (Doc. 22) that the parties submit a Joint Status Report Regarding Settlement to advise the Court on the status of the required approval, the parties submit the following:

1                        Case No.: 5:23-cv-00134-JGB-SP
JOINT STATUS REPORT REGARDING SETTLEMENT

WHEREAS, on April 24, 2024, the parties filed their Joint Report re. Settlement and Stipulation to Vacate All Dates and Deadlines, wherein the parties indicated their belief that the settlement would be fully consummated within the following 60 days;

WHEREAS, counsel for Defendants anticipates that the settlement funds will be disbursed by the end of July 2024;

WHEREAS, Plaintiffs will file a Request for Dismissal of the Entire Case within ten days of the receipt of the settlement funds;

NOW and THEREFORE, the parties request that the Court issue an Order maintaining jurisdiction and requiring the parties to file a Joint Status Report re: Settlement within 90 days of the Court's Order to advise on the status.

**Respectfully submitted,**

DATED: June 24, 2024          **LAW OFFICES OF DALE K. GALIPO**

/s/      Shannon J. Leap
Dale K. Galipo, Esp.
Marcel F. Sincich, Esq.
Shannon Leap, Esq.[1]
*Attorneys for Plaintiffs*

DATED: June 24, 2024          **CITY ATTORNEY'S OFFICE**

By: /s/ NEIL D. OKAZAKI
JOHN D. HIGGINBOTHAM
NEIL D. OKAZAKI
*Attorneys for Defendants*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.